FILED
RICHARD W. NAGEL
CLERK OF COURT

2025 NOV 18  PM 3: 58

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** |
| **Plaintiff,** | **JUDGE** |
| **v.** | **INFORMATION** |
| **AUSTIN PITTAN,** | **18 U.S.C. §§ 2252(a)(2) & (b)(1)** |
| **Defendant.** | **18 U.S.C. §§ 2252A(a)(7) & (b)(3)** |
| | **FORFEITURE ALLEGATION** |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE
(Distribution and Receipt of Child Pornography)

1.      Between June 2024 and December 2024, in the Southern District of Ohio, the defendant, **AUSTIN PITTMAN**, did knowingly distribute and receive one or more visual depictions using any means and facility of interstate and foreign commerce, including the internet, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such depictions being of such conduct, to wit: digital files depicting minors, including toddlers and prepubescent and pubescent children, engaged in sex acts with adults, masturbation, and the lascivious exhibition of their genitalia, anus, and pubic region.

**In violation of 18 U.S.C. §§ 2252(a)(2) & (b)(1).**

## COUNT TWO
(Production with Intent to Distribute and Distribution
of Adapted or Morphed Child Pornography)

2.       Between September 2024 and December 2024, in the Southern District of Ohio and

elsewhere, the defendant, **AUSTIN PITTMAN**, knowingly produced with intent to distribute and

distributed, by any means, including a computer, in or affecting interstate or foreign commerce,

child pornography as defined in 18 U.S.C. § 2256(8)(C) that is an adapted or modified depiction

of an identifiable minor as defined in 18 U.S.C. 2256(9), to wit: visual depictions of minor females

engaging in sexually explicit conduct.

**In violation of 18 U.S.C. §§ 2252A(a)(7) & (b)(3).**

## FORFEITURE ALLEGATION

3.       The allegations of this Information are hereby realleged and incorporated herein by

reference for the purpose of alleging forfeitures to the United States of America pursuant to 18

U.S.C. § 2253.

4.       Upon conviction of any of the offenses alleged in this Information in violation of

18 U.S.C. §§ 2252 and/or 2252A, the defendant, **AUSTIN PITTMAN**, shall forfeit to the United

States:

(a)       all matter containing visual depictions or child pornography and
child erotica, transported, mailed, shipped, or possessed in violation
of 18 U.S.C. §§ 2252 and/or 2252A; and

(b)       all property used or intended to be used to commit or to promote the
commission of a violation of 18 U.S.C. §§ 2252 and/or 2252A,
including, but not limited to the following:

- One Apple iPhone 15.

**Forfeiture notice in accordance with 18 U.S.C. § 2253(a)(1) and (3) and Rule 32.2 of
the Federal Rules of Criminal Procedure.**

2

**DOMINICK S. GERACE, II**
United States Attorney

*Emily Czerniejewski*

**EMILY CZERNIEJEWSKI** (IL 6308829)
Assistant United States Attorney